# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| ONWARD HOLDINGS, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>PRIME CAPITAL VENTURES, LLC; and Kris Roglieri,<br><br>      Defendants. | **DEFAULT CERTIFICATE**<br><br>Civil No.: 2:23-cv-00833-JCB<br><br>Magistrate Judge Jared C. Bennett |

    IN THIS ACTION, Defendant Kris Roglieri was regularly served with the Complaint and Summons in accordance with Rule 4 of the Federal Rules of Civil Procedure. (ECF No. 7.) Defendant Roglieri has failed to respond or otherwise defend against the claims brought by the Plaintiff in the above-caption action, and the time for Defendant Roglieri to so respond or defend has now expired. Accordingly, the default of Defendant Roglieri is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(b).

    DATED this 26th day of December, 2023.

                                                    THE CLERK OF THE COURT

                                                  BY: _/s/ Jiffo Brown_____