George W. Pratt (2642)
Jack L. Darrington (18349)
**BUCHALTER, PC**
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
Telephone:  (801) 401-8625
gpratt@buchalter.com
jdarrington@buchalter.com

Attorney for Plaintiff ONWARD HOLDINGS, LLC

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ONWARD HOLDINGS, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>PRIME CAPITAL VENTURES, LLC, and KRIS ROGLIERI,<br><br>         Defendants. | **JUDGMENT**<br><br>Civil No.: 2:23-cv-00833-JNP-JCB<br><br>Honorable Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Plaintiff Onward Holdings, LLC ("**Onward**") has filed  Plaintiff's Motion for Default Judgment Against Kris Roglieri, requesting, pursuant to Fed. R. Civ. P. 55(b)(1) and DUCivR 55-1, for the Clerk of Court to enter a default judgment against Defendant Kris Roglieri for the relief requested in Plaintiff's Complaint.  The motion is well taken, and should be granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Onward Holdings, LLC against defendant Kris Roglieri in the amount of $3,000,000.00.  Interest shall accrue on this Judgment as provided in 28 U.S.C. § 1961.

BN 80238290v1

DATED this _____ day of January, 2024.

BY THE COURT:

_____
CLERK OF COURT

BN 80238290v1