IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ONWARD HOLDINGS, LLC**, <br><br> Plaintiff, <br> v. <br><br> **PRIME CAPITAL VENTURES, LLC** and **KRIS ROGLIERI**, <br><br> Defendants. | **JUDGMENT** <br><br> Case No. 2:23-CV-00833-JNP-JCB <br><br> District Judge Jill N. Parrish <br> Magistrate Judge Jared C. Bennett |

    Judgment is entered in favor of Plaintiff Onward Holdings, LLC and against Defendant Kris Roglieri in the amount of $3,000,000.00 pursuant to the Court's order granting Plaintiff's Amended Motion for Default Judgment (ECF No. 15). Interest shall accrue on this Judgment as provided in 28 U.S.C. § 1961.

    Signed February 5, 2024

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge